UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KATE PARNEY,

       Plaintiff,

v.

ALMA COLLEGE,

       Defendant.

Case No. 25-12041
Hon. Thomas L. Ludington

---

| ROUMEL LAW | STARR BUTLER, PLLC |
|---|---|
| Nicholas Roumel (P37056) | Ryan J. Koss (P79893) |
| Attorney for Plaintiff | Zeth D. Hearld (P79725) |
| 4101 Thornoaks Dr. | Attorneys for Defendant |
| Ann Arbor, MI 48104 | 20700 Civic Center Dr., Ste. 290 |
| (734) 663-7550 | Southfield, MI 48076 |
| nick@roumel-law.com | (248) 554-2700 |
| | rkoss@starrbutler.com |
| | zhearld@starrbutler.com |

## STIPULATED ORDER REGARDING RESPONSIVE PLEADING AND CASE CAPTION

On July 8, 2025, Plaintiff Kate Parney filed her Complaint in the United States District Court, Eastern District of Michigan against Defendant Alma College. On or about July 21, 2025, Defendant waived service of the Complaint. As a result, Defendant's deadline to file an Answer or otherwise respond to the Complaint is September 19, 2025. The parties have since agreed that Defendant can file an Answer or otherwise respond by September 26, 2025. In addition, the parties have agreed that the case caption should be amended to state that the case is pending in

the United States District Court, Eastern District of Michigan, rather than the United States District Court, Western District of Michigan.

Therefore, and based on the foregoing, the Parties to this matter hereby consent and stipulate to entering the following Order:

**IT IS HEREBY ORDERED** that Defendant must file an Answer or otherwise respond to the Complaint **no later than September 26, 2025**.

**IT IS HEREBY FURTHER ORDERED** that the case caption be amended to state "United States District Court, Eastern District of Michigan" rather than "United States District Court, Western District of Michigan."

**This is not a final order and does not dismiss the case.**

Dated: September 30, 2025                    s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

The parties hereby Stipulate and Agree:

s/ Nicholas Roumel (w/consent)          s/ Zeth D. Hearld
Nicholas Roumel (P37056)                Ryan J. Koss (P79893)
Attorney for Plaintiff                  Zeth D. Hearld (P79725)
                                        Attorneys for Defendant