UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kate Parney,

                Plaintiff(s),

v.                                        Case No. 1:25–cv–12041–TLL–PTM
                                        Hon. Thomas L. Ludington

Alma College,

                Defendant(s),

_____

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  Please report to Room 206.  The following motion(s) are ***rescheduled*** for hearing:

        Motion to Dismiss – #3

- MOTION HEARING:  March 4, 2026 at 04:00 PM

**ADDITIONAL INFORMATION:**    Upon Review of Filed Papers, the Court may Waive Oral Argument and Issue a Written Opinion.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K Winslow
                                                           Case Manager

Dated:   October 9, 2025